1  Marsha L. Stephenson (NV Bar No. 6130)
2  **STEPHENSON & DICKINSON, P.C.**
   2820 West Charleston Blvd., Suite 19
3  Las Vegas, NV 89102-1942
   Telephone: (702) 474-7229
4  Facsimile: (702) 474-7237

5  Keith R. Gillette (NV Bar No. 11140)
   **ARCHER NORRIS**
6  A Professional Law Corporation
   2033 North Main Street, Suite 800
7  Walnut Creek, CA 94596-3759
   Telephone:  925.930.6600
8  Facsimile:  925.930.6600
   E-mail: kgillette@archernorris.com
9
   Attorneys for Defendants and Counter-Claimants
10 PARADISE INVESTORS GROUP, LLC and
   GREGORY D. STANFORD and AUDREY D.
11 STANFORD, as trustees of the GREGORY
   STANFORD FAMILY TRUST
12
                    UNITED STATES DISTRICT COURT
13
                          DISTRICT OF NEVADA
14

15 | M&I BANK, FSB, | Case No. 2:11-cv-00021-JCM-LRL |
16 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO DISCLOSE EXPERT WITNESSES AND REPORTS** |
17 | v. | |
18 | PARADISE INVESTORS GROUP, LLC, an Arizona limited liability company; and | Judge: Hon. James C. Mahan |
19 | GREGORY D. STANFORD and AUDREY D. STANFORD, as trustees of the | |
20 | GREGORY STANFORD FAMILY TRUST, | |
21 | Defendant. | |
22 | PARADISE INVESTORS GROUP, LLC, an Arizona limited liability company; and | |
23 | GREGORY D. STANFORD and AUDREY D. STANFORD, as trustees of the | |
24 | GREGORY STANFORD FAMILY TRUST, | |
25 | Counter-Claimant, | |
26 | v. | |
27 | M&I BANK, FSB | |
28 | Counter-Defendant. | |

P0255001/1224907-1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR DISCLOSURE OF EXPERTS

PLAINTIFF M&I BANK, FSB and DEFENDANTS PARADISE INVESTORS GROUP, LLC and GREGORY D. STANFORD and AUDREY D. STANFORD, as trustees of the GREGORY STANFORD FAMILY TRUST, (collectively referred here in as the "parties"), hereby stipulate to modify section IX of the Joint Stipulated Discovery Plan and Scheduling Order and extend the current deadlines for the disclosure of expert witnesses and reports and rebuttal expert witnesses and reports as follows:

## RECITALS

WHEREAS, the motion to strike and the motion for summary judgment of plaintiff M&I Bank, FSB is currently set for hearing on October 14, 2011.

WHEREAS, the parties met and conferred in good faith on and before September 14, 2011 by teleconference to discuss the scope of additional discovery deemed necessary by Defendants to oppose the motion to strike and motion for summary judgment.

WHEREAS, the parties have conducted discovery, are continuing to conduct discovery, and have agreed to include discovery related to the motion to strike and motion for summary judgment.

WHEREAS, the parties have also agreed to a continuance of the hearing on plaintiff's motion to strike and motion for summary judgment if the anticipated discovery related to the motions cannot be completed in advance of the hearing date on October 14, 2011.

WHEREAS, the parties have agreed that the outcome of the plaintiff's motion for summary judgment and/or motion to strike will facilitate a final determination of what experts are necessary to further prepare this case for trial.

WHEREAS, the parties have agreed to work diligently to meet the discovery deadline of November 18, 2011 and that no stipulation or order is required, at least at this time, in that regard.

## STIPULATION

IT IS STIPULATED by and between the parties, by and through their respective counsel, that the deadline set forth at section IX of the Joint Stipulated Discovery Plan and Scheduling Order for the disclosure of expert witnesses and expert witness reports be continued by thirty (30) days from September 19, 2011 to October 19, 2011.

1  **IT IS FURTHER STIPULATED** by and between the parties, by and through their
2  respective counsel, that the deadline set forth at section IX of the Joint Stipulated Discovery Plan
3  and Scheduling Order for the disclosure of rebuttal expert witnesses and rebuttal expert witness
4  reports be continued by fifteen (15) days from October 19, 2011 to November 3, 2011.

5  **IT IS FURTHER STIPULATED** by and between the parties, by and through their
6  respective counsel, that if the parties are unable to complete discovery previously noticed and
7  deemed by the parties to be necessary to support or oppose plaintiff's motion for summary
8  judgment and/or motion to strike, then the parties will request a brief continuance of the current
9  hearing date on plaintiff's motions, currently set for October 14, 2011, to a later date and time and
10 before the deadline for dispositive motions on December 19, 2011.

11 **IT IS SO STIPULATED.**

12 Respectively submitted this 19th day of September, 2011.

KOLESAR & LEATHAM, CHTD.                    ARCHER NORRIS

By: /s/ Matthew J. Christian                By: /s/ Keith R. Gillette
Matthew J. Christian, Esq.                  Keith R. Gillette, Esq.
400 South Rampart, Suite 400                Nevada Bar No. 11140
Las Vegas NV 891145                         2033 North Main Street, Suite 800
(702) 362-7800                              Walnut Creek, CA 94596-3759
(702) 362-9472 – facsimile                  Telephone:  925.930.6600
rhoward@klnevada.com                        Facsimile:  925.930.6620
mchristian@klnevada.com                     E-mail: kgillette@archernorris.com
wschuller@klnevada.com                      Attorneys of Record for Defendants
jwent@klnevada.com                          PARADISE INVESTORS GROUP,
Attorneys for Plaintiff M&I BANK            LLC and GREGORY D. STANFORD
                                            and AUDREY D. STANFORD, as
                                            trustees of the GREGORY
                                            STANFORD FAMILY TRUST

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**ORDER**

    **IT IS HEREBY ORDERED** that the time to disclose expert witnesses and reports as set forth at section IX of the Joint Stipulated Discovery Plan and Scheduling Order in this matter is hereby extended pursuant to the parties' stipulation above from September 19, 2011 to October 19, 2011.

    **IT IS ALSO HEREBY ORDERED** that the time to disclose rebuttal expert witnesses and reports as set forth at section IX of the Joint Stipulated Discovery Plan and Scheduling Order in this matter is hereby extended pursuant to the parties' stipulation above from October 19, 2011 to November 3, 2011.

    **IT IS SO ORDERED.**

Dated: 9-22-11

U.S. MAGISTRATE JUDGE

Respectfully submitted by:

ARCHER NORRIS

By: _____
Keith R. Gillette, Esq.
Nevada Bar No. 11140
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Attorneys for Defendants
PARADISE INVESTORS GROUP, LLC and
GREGORY D. STANFORD and AUDREY D. STANFORD, as trustees of the
GREGORY STANFORD FAMILY TRUST

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 19th day of September, 2011 a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO DISCLOSE EXPERT WITNESSES AND REPORTS [Fed. R. Civ. Pro. 30(b)(1)]** was served to the following parties by:

☐   by having a true copy of the document listed above transmitted by e-mail to the persons at the       e-mail addresses set forth below. The transmissions were reported as received without error.

☐   Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage pre-paid, following ordinary business practices;

✓   CM/ECF (Case Management/Electronic Case Filing):

| | |
|---|---|
| KOLESAR & LEATHAM, CHTD.<br>400 South Rampart, Suite 400<br>Las Vegas NV 891145<br>(702) 362-7800<br>(702) 362-9472 - facsimile<br>rhoward@klnevada.com<br>mchristian@klnevada.com<br>wschuller@klnevada.com<br>jwent@klnevada.com | Plaintiff/Counterdefendant<br>**M&I BANK, FSB** |
| STEPHENSON & DICKINSON, P.C.<br>2820 West Charleston Boulevard, Suite 19<br>Las Vegas, Nevada 89102<br>(702) 474-7229<br>(702) 474-7237 - facsimile<br>admin@sdlawoffice.net | Defendants<br>**PARADISE INVESTORS GROUP, LLC, et al.** |

_____
Elizabeth Barham