RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com
　　　　　mchristian@klnevada.com
　　　　　wschuller@klnevada.com

Attorneys for Plaintiff
M&I BANK, FSB

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| M&I BANK, FSB, | CASE NO. 2:11-cv-00021-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| PARADISE INVESTORS GROUP, LLC, an Arizona limited liability company; and GREGORY D. STANFORD and AUDREY D. STANFORD, as trustees of the GREGORY STANFORD FAMILY TRUST, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to FRCP 41(a)(2) and LR 7-1, it is hereby stipulated by and between Plaintiff, M&I BANK, FSB, by and through its counsel of record, KOLESAR & LEATHAM, and Defendants, PARADISE INVESTORS GROUP, LLC; and GREGORY D. STANFORD and AUDREY D. STANFORD, by and through their counsel of record, ARCHER NORRIS, that the above-entitled matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 1st day of June, 2012.

| KOLESAR & LEATHAM | ARCHER NORRIS |
|---|---|
| By: /s/ Matthew J. Christian<br>Matthew J. Christian, Esq.<br>Nevada Bar No. 008024<br>William D. Schuller, Esq.<br>400 South Rampart Blvd, Suite 400<br>Las Vegas, Nevada 89145 | By: /s/ Keith R. Gillette<br>Keith R. Gillette, Esq.<br>Nevada Bar No. 011140<br>2033 North Main Street,<br>Suite 800<br>Walnut Creek, CA 94596-3759 |
| Attorneys for Plaintiff, M&I BANK, FSB | Attorneys for PARADISE INVESTORS GROUP, LLC; and GREGORY D. STANFORD and AUDREY D. STANFORD, as trustees of the GREGORY STANFORD FAMILY TRUST |

**ORDER**

**IT IS SO ORDERED.**

DATED this 5th day of June, 2012

UNITED STATES DISTRICT JUDGE